UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| GREGORY LOUIS PECK,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW HAMPSHIRE, JOE BIDEN, and KAMALA HARRIS,<br><br>Defendants. | **REPORT AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>Case No. 2:20-cv-00861-JNP-DAO<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

Rule 4(m) of the Federal Rules of Civil Procedure provides: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Plaintiff Gregory Louis Peck filed the complaint in this action on December 8, 2020, (Doc. No. 1). The deadline for Mr. Peck to serve Defendants with the complaint and summons has passed, but Mr. Peck has not filed proof of service and Defendants have not appeared. On April 15, 2021, the court ordered Mr. Peck to show cause why this case should not be dismissed for failure to serve or failure to prosecute. (Order to Show Cause, Doc. No. 6.) The order required Mr. Peck to respond by May 17, 2021, and notified him that failure to do so would result in a recommendation that this case be dismissed. (*Id.*) Plaintiff did not respond to the order to show cause.

Accordingly, the undersigned RECOMMENDS the district judge dismiss this action without prejudice. The court will send a copy of this Report and Recommendation to Mr. Peck,

1

2

who the court notifies of his right to object to the same.  See 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b).  Mr. Peck must file any objection to this Report and Recommendation within fourteen (14) days of service.  *Id.*  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 24th day of May, 2021.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge